◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES M., Appellant.—Motion by defendant to discontinue his appeal from an order of the Supreme Court, Queens County, dated April 6, 1977, which denied his motion to vacate a sentence of the same court, imposed February

17, 1976, upon his adjudication as a youthful offender, the sentence being a term of imprisonment with a maximum of three years. Motion granted; appeal dismissed as moot. The maximum term of defendant's sentence has expired. Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.